# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CECILIA ESCOBAR DE LEON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-02348-JLT-SAB-HC<br><br>ORDER GRANTING MOTION TO STRIKE<br><br>(ECF No. 10)<br><br>ORDER DIRECTING CLERK OF COURT TO REMOVE ECF No. 7-4 AND ECF No. 7-6 FROM DOCKET AND REPLACE WITH REDACTED VERSIONS |

Before the Court is Respondents' unopposed motion to strike. (ECF No. 10.) Therein, at the request of Petitioner's counsel, "Respondents move to strike two exhibits—namely, the 'Form I-213' (ECF No. 7-4) and 'Caregiver Designation' (ECF No. 7-6)—from their previous briefing (ECF No. 7), filed on April 16, 2026; remove them from the docket; and replace them with the attached redacted versions of those exhibits" in order to protect sensitive information. (ECF No. 10 at 1.)

Accordingly, the Court HEREBY ORDERS that:

1. The motion to strike (ECF No. 10) is GRANTED; and

2. The Clerk of Court is DIRECTED to:

    a. Remove the "Form I-213" (ECF No. 7-4) and "Caregiver Designation" (ECF No. 7-6) from the docket; and

///

1

b. Replace them with the "Redacted Form I-213" (ECF No. 10-1) and "Redacted Caregiver Designation" (ECF No. 10-2).

IT IS SO ORDERED.

Dated:   **April 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge