# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CECILIA ESCOBAR DE LEON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-02348-JLT-SAB-HC<br><br>ORDER VACATING SEPTEMBER 19, 2026 HEARING ON MOTION FOR ATTORNEY FEES |

On August 12, 2026, Petitioner filed a motion for attorney fees with a hearing set for September 19, 2026. (ECF No. 16.)

The Court HEREBY VACATES the September 19, 2026 hearing. If the Court finds that a hearing is necessary, the Court will set a new date.

IT IS SO ORDERED.

Dated:    **August 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge